IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff<br><br>    v.<br><br>**HERIBERTO ROMAN-VEGA [17],**<br>    Defendant. | **Criminal No. 07-121 (ADC)** |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Bruce J. McGiverin on March 10, 2008. (**Docket No. 1174**). In said Report and Recommendation the Magistrate-Judge recommends that: defendant **Heriberto Román-Vega** be adjudged guilty of the offenses charged in Count I (21 U.S.C. §§ 841(a)(1), 846 and 860) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules. See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety.

Criminal No. 07-121 (ADC)                                                                                                    Page -2-

Accordingly, a judgment of conviction is to be entered as to Count I of the indictment in the above-captioned case.

The Sentencing Hearing is set for **June 24, 2008 at 2:00 p.m.**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 28th day of March, 2008.

                                                       S/**AIDA M. DELGADO-COLON**
                                                       **United States District Judge**